# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1072
Lower Tribunal No. 21-9053
_____

**Walter L. Wright,**
Appellant,

vs.

**JPay LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Walter L. Wright, in proper person.

Colodny Fass, James Guanciale, and Matthew C. Scarfone (Sunrise), for appellee JPay LLC.

Before FERNANDEZ, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.